# In The United States District Court
# For the District of Wyoming

Alan B. Johnson, United States District Judge



**FILED**

5:34 pm, 11/29/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| Becky Harris, Courtroom Deputy | November 29, 2023 |
| Melanie Sonntag, Court Reporter | Casper, Wyoming |
| William Elliott, Law Clerk | Case No. 2:17-cr-00029-ABJ-1 |

USA,

      Plaintiff,

v.

SHAKEEL A KAHN,

      Defendant.

Attorney(s): Stephanie Sprecher
Seth Griswold

Attorney(s): Beau Brindley
Michael Thompson
Edward McDavid

## JURY TRIAL MINUTES – DAY 14

| | |
|---|---|
| 8:03 a.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 8:05 a.m. | Jury returns to the courtroom. **The United States calls Blake Hamar**. Witness placed under oath. Direct examination by Mr. Griswold. |
| 8:25 a.m. | Cross examination by Mr. Brindley. |
| 8:34 a.m. | Re-direct examination by Mr. Griswold. |
| 8:36 a.m. | **The United States calls Lynn Hamar**. Witness placed under oath. Direct examination by Mr. Griswold. |
| 8:50 a.m. | Cross examination by Mr. Brindley. |

8:53 a.m.       Re-direct examination by Mr. Griswold.

8:54 a.m.       **The United States calls Special Agent Brett Patterson**.
Witness placed under oath. Direct examination by Mr. Griswold.
(Exhibit(s): 9084 – 9165, 11006)

9:31 a.m.       Court recessed for break.

9:54 a.m.       Court resumes. Jury returns to the courtroom.
Cross examination by Mr. Brindley.

9:57 a.m.       **The United States calls Special Agent Ryan Hieb back to the witness stand.**
Witness placed under oath. Direct examination by Mr. Griswold.
(Exhibit(s): 5000, 5000-D, 5002 – 5005, 5000-E, 5000-A/B, 5000-C demonstrative only, 5001-D, 5001-A/B, 5001-C demonstrative only, 5006 – 5009)

11:10 a.m.     Cross examination by Mr. Brindley.

11:43 a.m.     Re-direct examination by Mr. Griswold.

11:54 a.m.     Re-cross examination by Mr. Brindley.

11:58 a.m.     Court recessed for lunch.

1:16 p.m.       Court resumes. Jury returns to the courtroom.
**The United States calls Cori Morgan**.
Witness placed under oath. Direct examination by Ms. Sprecher.
(Exhibit(s): 4100-R (replacing previously admitted 4100))

2:22 p.m.       Cross examination by Mr. Brindley.

2:59 a.m.       Re-direct examination by Ms. Sprecher.

3:09 p.m.       Re-cross examination by Mr. Brindley.

3:13 p.m.       Re-direct examination by Ms. Sprecher.

3:14 p.m.       Court recessed for break.

3:38 p.m.       Court resumes. Jury returns to the courtroom.
**The United States calls Bruce Berg**.
Witness placed under oath. Direct examination by Mr. Griswold.

3:54 p.m.       Cross examination by Mr. Brindley.

3:58 p.m.       Re-direct examination by Mr. Griswold.

| | |
|---|---|
| 3:59 p.m. | **The United States calls Erinn Downey**.<br>Witness placed under oath. Direct examination by Ms. Sprecher.<br>(Exhibit(s): 7014 – demonstrative only, 7009, 7030, 7031 – ID only, 7020) |
| 5:05 p.m. | Jury given instruction and excused. |
| 5:06 p.m. | Court recessed until 11/30/2023 at 8:30 a.m. |

Day 14 witnesses:
Blake Hamar
Lynn Hamar
Brett Patterson
Ryan Hieb
Cori Morgan
Bruce Berg
Erinn Downey