In The United States District Court
For the District of Wyoming

Alan B. Johnson, United States District Judge

**FILED**

**Margaret Botkins**
**Clerk of Court**

5:36 pm, 11/30/23

Becky Harris, Courtroom Deputy
Megan Strawn, Court Reporter
William Elliott, Law Clerk

November 30, 2023
Casper, Wyoming
Case No. 2:17-cr-00029-ABJ-1

USA,

    Plaintiff,

v.

SHAKEEL A KAHN,

    Defendant.

Attorney(s):  Stephanie Sprecher
Seth Griswold

Attorney(s):  Beau Brindley
Michael Thompson
Edward McDavid

### JURY TRIAL MINUTES – DAY 15

| Time | Event |
|---|---|
| 8:37 a.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 9:03 a.m. | Jury returns to the courtroom. Jury Instruction B given to the Jury. Direct examination of Erinn Downey by Ms. Sprecher continues. (Exhibit(s): 7031, 7020-B – ID only, 7017 (redacted)) |
| 9:24 a.m. | Jury excused from the courtroom. Matters discussed outside their presence. |
| 9:40 a.m. | Jury returns to the courtroom. Jury Instruction C given to the Jury. |
| 9:42 a.m. | Cross examination by Mr. Brindley. (Exhibit(s): V) |
| 10:43 a.m. | Court recessed for break. |

| | |
|---|---|
| 11:07 a.m. | Court resumes. Jury returns to the courtroom.<br>Re-direct examination by Ms. Sprecher. |
| 11:24 a.m. | Re-cross examination by Mr. Brindley. |
| 11:33 a.m. | Re-direct examination by Ms. Sprecher. |
| 11:35 a.m. | **The United States calls Christopher Bearse**.<br>Witness placed under oath. Direct examination by Mr. Griswold. |
| 12:00 p.m. | Court recessed for lunch. |
| 1:18 p.m. | Court resumes. Jury returns to the courtroom.<br>Cross examination by Mr. Brindley.<br>    (Exhibit(s): W – ID only) |
| 1:48 p.m. | Re-direct examination by Mr. Griswold. |
| 2:00 p.m. | Re-cross examination by Mr. Brindley. |
| 2:03 p.m. | **The United States calls Deni Antelope.**<br>Witness placed under oath. Direct examination by Ms. Sprecher.<br>    (Exhibit(s): 8002) |
| 3:07 p.m. | Court recessed for break. |
| 3:34 p.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 3:44 p.m. | Jury returns to the courtroom. Direct examination continues. |
| 3:49 p.m. | Jury excused from the courtroom. Matters discussed outside their presence. |
| 3:56 p.m. | Jury returns to the courtroom. Direct examination continues.<br>    (Exhibit(s): 8003) |
| 4:54 p.m. | Jury given instruction and excused. Matters discussed outside their presence.<br>***Jury Instruction Conference will be held Monday, Dec. 4 at 3:30 PM.** |
| 5:04 p.m. | Court recessed until 12/1/2023 at 8:30 a.m. |

Day 15 witnesses:
Erinn Downey
Christopher Bearse
Deni Antelope